HARTFORD NATIONAL BANK AND TRUST COMPANY *v.*
STANLEY V. TUCKER ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Litchfield County is denied by the court.

*Neil E. Atlas,* for the appellee (plaintiff).

*Stanley V. Tucker,* pro se, the appellant (defendant).

Argued March 7—decided March 7, 1978

BETTY B. LaCROIX, ADMINISTRATRIX, ET AL. *v.*
BENEDICT AND COMPANY, INC.

The plaintiffs' motion to dismiss the appeal from the Superior Court in New Haven County is denied by the court.

*Roger M. Sullivan,* for the appellees-appellants (plaintiffs).

*John W. Colleran,* for the appellant-appellee (defendant).

Argued March 7—decided March 7, 1978

MAURICE PECOR ET AL. *v.* TOWN OF LITCHFIELD

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Superior Court in Litchfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided March 7, 1978